

# United States District Court
## Southern District of Florida

UNITED STATES OF AMERICA
    Plaintiff

CASE NUMBER: CR: 12-2503-GARBER

VS.

REPORT COMMENCING CRIMINAL ACTION

Loverson Gelmine
    Defendant

USMS NUMBER: 98022-004

TO: CLERK'S OFFICE    (MIAMI)    FT. LAUDERDALE    W. PALM BEACH
U.S. DISTRICT COURT    (CIRCLE ONE)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN MAGISTRATES COURT ABOVE

COMPLETE ALL ITEMS. INFORMATION THAT IS NOT APPLICALBE, MARK N/A

(1) DATE AND TIME OF ARREST: 4/11/12    A.M. _____ (P.M.) 9:30

(2) LANGUAGE SPOKEN: English

(3) OFFENSE CHARGED: Title 18 USC 1029, Title 18 USC 1028A

(4) DATE OF BIRTH: 12/13/1991

(5) TYPE OF CHARGING DOCUMENT: (CHECK ONE)
    { } INDICTMENT    {X} COMPLAINT TO BE FILED/ALREADY FILED
    { } BENCH WARRANT FOR FAILURE TO APPEAR
    { } PROBATION VIOLATION WARRANT
    { } PAROLE VIOLATION WARRANT
    ORIGINAL DISTRICT: SDFL

(6) REMARKS:

(7) DATE: 4/11/12    (8) ARRESTING OFFICER: Louis Maurino

(9) AGENCY: USSS    (10) PHONE: 305/863-5050

(11) COMMENTS: