UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

No. 12-2503-BLG

UNITED STATES OF AMERICA

vs.

LOVERSON GELMINE,

Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

2. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

Respectfully submitted,

WIFREDO A. FERRER
UNITED STATES ATTORNEY

BY: /s/ Seth Schlessinger
SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 64065
99 N. E. 4th Street
Miami, Florida 33132-2111
TEL (305) 961-9260
FAX (305) 530-7976

AO 91 (Rev. 08/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) |
| Loverson Gelmine, | ) Case No. 12-2503-GARBER |
| | ) |
| | ) |
| | ) |
| Defendant(s) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 11, 2012__ in the county of __Miami-Dade__ in the __Southern__ District of __Florida__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 1028(a)(7) | Knowingly Possessing, Without Lawful Authority, A Means of Identification of Another Person With the Intent to Commit, And In Connection With, Any Unlawful Activity That Constitutes a Violation of Federal Law. |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

_____
Complainant's signature

Louis Maurino, Special Agent, USSS
Printed name and title

Sworn to before me and signed in my presence.

Date: __04/12/2012__

_____
Judge's signature

City and state: __Miami, Florida__     Hon. Barry L. Garber, U.S. Magistrate Judge
Printed name and title

## **AFFIDAVIT**

I, Louis Maurino, being duly sworn, depose and state as follows:

1. I am a Special Agent (SA) with the United States Secret Service (USSS), and have been so employed since February 2011. I am currently assigned to the Miami Field Office of the Secret Service. My official duties include investigating fraudulent activity and violations of the federal criminal laws related to electronic financial transactions, access devices, and personal identity information.

2. This affidavit is based both on knowledge I have gained personally through my own observations and information, as well as information that has been provided to me by other witnesses, cooperating suspects, and law enforcement officers. Moreover, the facts set forth herein do not constitute all the facts known to law enforcement officials regarding this matter; rather, this affidavit includes only those facts that I respectfully submit are necessary to establish probable cause in support of the attached complaint.

3. This affidavit is submitted in support of a complaint charging Loverson GELMINE with possessing, without lawful authority, a means of identification of another person with the intent to commit, and in connection with, an unlawful activity that constitutes a violation of Federal law, in violation of Title 18, United States Code, Section 1028(a)(7).

4. On April 11th, 2012, Darian McKenzie picked up GELMINE from GELMINE's residence. GELMINE assured McKenzie that he had with him, in his cell phone, the identity information of approximately two hundred people. McKenzie and GELMINE drove to Chili's intending to access http://www.taxact.com, a website at which users may file federal tax returns, and file fraudulent tax returns in the names

of others in order to unlawfully obtain tax refunds. When they arrived at Chili's, GELMINE and McKenzie discovered they could not access the Internet there. They decided to drive to a McDonald's restaurant, located at 20101 NW 2nd Avenue, Miami, Florida, where they used the restaurant's wireless Internet connection to access http://www.taxact.com. McKenzie and GELMINE began to complete a fraudulent tax return in the name of one of the persons whose identity information GELMINE had surreptitiously acquired from Jackson Memorial Hospital, where GELMINE works as a volunteer. GELMINE and McKenzie began to enter salary information and deductions on the fraudulent tax return calculated to produce a refund of approximately $2,500. Before the refund was filed, GELMINE and McKenzie were arrested.

5. GELMINE was read his <u>Miranda</u> rights, which he waived. GELMINE then stated that he had met McKenzie that night in order to show McKenzie how to file fraudulent tax returns. GELMINE admitted that he possessed, in his cell phone, the identity information of between two hundred and four hundred persons. GELMINE stated that he had received the identity information of patients at Jackson North Medical Center from a person he knew only as "Ted-Man." GELMINE stated that "Ted-Man" took pictures of the patients' identity information using GELMINE's cell phone, and then returned GELMINE's phone to him. GELMINE admitted that he had sold the identity information to men known to him as "Slim" and "Torri." GELMINE said that he had sold each person the identity information of fifty patients for $300. GELMINE said that he had himself experimented with filing false tax returns, but had never fully gone through with the transactions himself.

6. Based upon the foregoing, I respectfully submit that there is probable cause to believe that Loverson GELMINE did possess, without lawful authority, a means of identification of another person with the intent to commit, and in connection with, an unlawful activity that constitutes a violation of Federal law, in violation of Title 18, United States Code, Section 1028(a)(7).

**FURTHER AFFIANT SAYETH NAUGHT.**

Louis Maurino, Special Agent
United States Secret Service

Subscribed and sworn to before me,
this 12th day of April, 2012.

HON. BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

3