

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-20281-CR-DIMITROULEAS/SNOW

18 U.S.C. § 1029(a)(3)
18 U.S.C. § 1028A(a)(1)
18 U.S.C. § 1029(c)(1)(C)

UNITED STATES OF AMERICA

vs.

LOVERSON GELMINE,

        Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 11, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**LOVERSON GELMINE,**

did knowingly, and with intent to defraud, possess fifteen (15) or more unauthorized access devices, that is, social security numbers of other persons, with corresponding names and dates of birth, said conduct affecting interstate and foreign commerce, in violation of Title 18, United States Code, Sections 1029(a)(3) and 2.

### COUNTS 2-4

On or about April 11, 2012, in Miami-Dade County, in the Southern District of Florida, the defendant,

**LOVERSON GELMINE,**

during and in relation to a felony violation of Title 18, United States Code, Section 1029(a)(3), that

is, knowingly, and with intent to defraud, possessing fifteen (15) or more unauthorized access devices, that is, social security numbers of other persons, with corresponding names and dates of birth, said conduct affecting interstate and foreign commerce, as charged in Count 1, did knowingly transfer, possess, and use, without lawful authority, a means of identification of another person, as specified below:

| Count | Person | Means of Identification |
|---|---|---|
| 2 | R.S. | Social Security number XXX-XX-4390 |
| 3 | L.B. | Social Security number XXX-XX-4332 |
| 4 | D.M. | Social Security number XXX-XX-4669 |

In violation of Title 18, United States Code, Section 1028A(a)(1).

### FORFEITURE ALLEGATIONS

1. The allegations of Count 1 of this Indictment are re-alleged and by this reference fully incorporated herein for the purpose of alleging forfeiture to the United States of America of certain property in which the defendant, **LOVERSON GELMINE**, has an interest.

2. Upon conviction of the violation alleged in Count 1 of this Indictment, the defendant, **LOVERSON GELMINE**, shall forfeit to the United States any personal property which the defendant used or intended to be used to commit such violation and any property constituting, or derived from, any proceeds which the defendant obtained, directly or indirectly, as the result of any such violation.

3. The property subject to forfeiture includes, but is not limited to:

    a. one (1) Acer Aspire laptop computer, serial number 13707986776; and

    b. one (1) black 16GB iPhone, Model A1303, IC: 579C-A1303B.

All pursuant to Title 18, United States Code, Sections 982(a)(2)(B) and 1029(c)(1)(C), and the procedures set forth in Title 21, United States Code, Section 853.

A TRUE BILL

_____
WIFREDO A. FERRER
UNITED STATES ATTORNEY

_____
SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

LOVERSON GELMINE,

　　　　　　　　　　　Defendant.
　　　　　　　　　　　　　　　　　　　/

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)

_X_ Miami　　___ Key West
___ FTL　　　___ WPB　　___ FTP

New Defendant(s)　　　　Yes ___　　___
Number of New Defendants　　___
Total number of counts　　　　___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:　　(Yes or No)　　_No_
   List language and/or dialect　　_____

4. This case will take　　_2-3_　　days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)　　　　　　　　　　(Check only one)

   I　　0 to 5 days　　_X_　　　　　Petty　　　___
   II　　6 to 10 days　　___　　　　Minor　　　___
   III　　11 to 20 days　　___　　　Misdem.　　___
   IV　　21 to 60 days　　___　　　Felony　　　_X_
   V　　61 days and over　　___

6. Has this case been previously filed in this District Court? (Yes or No)　_No_
   If yes:
   Judge: _____　　Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?　(Yes or No)　_Yes_
   If yes:
   Magistrate Case No.　　　　　　　12-mj-2503-BLG
   Related Miscellaneous numbers:　　12-mj-2534-WCT
   Defendant(s) in federal custody as of　4/11/12
   Defendant(s) in state custody as of　_____
   Rule 20 from the　_____　　District of　_____

   Is this a potential death penalty case? (Yes or No)　_No_

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003?　___ Yes　_X_ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007?　___ Yes　_X_ No

　　　　　　　　　　　　　　　　　　／s／ Seth Schlessinger
　　　　　　　　　　　　　　　　　　Seth M. Schlessinger
　　　　　　　　　　　　　　　　　　ASSISTANT UNITED STATES ATTORNEY
　　　　　　　　　　　　　　　　　　Florida Bar No. 64065

*Penalty Sheet(s) attached

REV 4/8/08

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** <u>LOVERSON GELMINE</u>

**Case No:** _____

Count 1:

<u>Possessing Fifteen or More Unauthorized Access Devices</u>

<u>Title 18, United States Code, Section 1029(a)(3)</u>

**\*Max. Penalty:** <u>10 years' imprisonment</u>

Counts 2-4:

<u>Aggravated Identity Theft</u>

<u>Title 18, United States Code, Section 1028A(a)(1)</u>

**\*Max. Penalty:** <u>2 years' imprisonment (consecutive to any other sentence)</u>

Count :

_____

_____

**\*Max. Penalty:** _____

Count :

_____

_____

**\*Max. Penalty:** _____

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable