UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-20281-CR-DIMITROULEAS/SNOW

UNITED STATES OF AMERICA

        Plaintiff,

vs.

LOVERSON GELMINE,

        Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No : 98022-004

Language: ENGLISH

The above-named Defendant appeared before **Magistrate Judge Ted E. Bandstra**. The Defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: CUSTODY

Tel. No:

Defense Counsel:    Name: Federal Public Defender

Address:

Tel.

Bond Set/Continued:    $25,000 w/10%

Dated this 26th day of APRIL, 2012.

STEVEN M. LARIMORE, CLERK OF COURT

BY PATTY FITZPATRICK
    Deputy Clerk