UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MIAMI DIVISION

CASE NO.  12-20281-CR-DIMITROULEAS/GARBER

UNITED STATES OF AMERICA,
        Plaintiff,

vs.

LOVERSON GELMINE,
        Defendant.
_____/

### STIPULATION AS TO SATISFACTION OF *NEBBIA*

Assistant United States Attorney Seth Schlessinger and Assistant Federal Public Defender, Jan C. Smith, hereby stipulate that the *Nebbia* condition set by this Court as a condition of the Defendant, Loverson's Gelmine, bond in case number 12-20281-CR-DIMITROULEAS, is hereby satisfied.

May 1, 2012                            By: _s/Jan C. Smith, II_____
                                                  Jan C. Smith, II
                                                  Assistant Federal Public Defender
                                                  150 West Flagler Street, Suite 1700
                                                  Miami, Florida 33130
                                                  (305) 530-7000


                                                          By: _s/ Seth Schlessinger_____
                                                    Assistant United States Attorney
                                                   99 N.E. 4th Street
                                                   Miami, Florida 33131
                                                   (305) 961-9260