**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-20281-CR-DIMITROULEAS**

**UNITED STATES OF AMERICA**

**vs.**

**LOVERSON GELMINE,**

**Defendant.**
_______________________________/

**FACTUAL PROFFER**

Had this matter proceeded to trial, the United States would have proved the following facts, among others, beyond a reasonable doubt:

On January 21st, 2012, officers of the Miramar Police Department responded to a report of a suspicious incident involving three people sitting in an automobile in the parking lot of a McDonald's restaurant in Miramar for one to two hours after dusk. Officers approached the vehicle and observed S.L., the vehicle's registered owner, in the driver seat. Officers further observed D.D. in the front passenger seat, and Darian McKenzie in the rear passenger seat. D.D. and McKenzie were both actively working on laptop computers, which they quickly shut as the officers approached the vehicle. Officers observed McKenzie attempt to conceal a sheaf of papers containing a handwritten list of names, Social Security numbers, and home addresses. In the car, officers observed two "Green Dot" prepaid debit cards without names assigned to them, and a W-2 tax form in the name of a person who was not present in the vehicle. On the back seat next to McKenzie, officers discovered the sheaf of papers McKenzie had attempted to conceal, containing over 100 names with corresponding Social Security numbers and addresses. Law enforcement officers later

confirmed through Florida driver license records that the names, Social Security numbers and addresses were genuine identity information belonging to real people.

McKenzie was arrested, and later admitted after waiving his Miranda rights that he had received the list of identity information from the defendant, Loverson Gelmine, who was then working as a volunteer at Jackson North Medical Center in North Miami Beach, Florida. McKenzie explained that Gelmine used his cellular phone to take pictures of the identity information of Jackson North patients, including names and corresponding dates of birth and Social Security numbers. During a series of recorded telephone calls with Gelmine, McKenzie arranged for a meeting, the ostensible purpose of which was for Gelmine to show McKenzie how to complete and file fraudulent tax returns online, and at which Gelmine was to bring additional stolen identity information so the two could file fraudulent tax returns together.

On April 11, 2012, McKenzie drove to Gelmine's house. Gelmine got in McKenzie's car, and the two drove to a nearby McDonald's restaurant. McKenzie and Gelmine used a laptop computer to access the Internet through the restaurant's wireless Internet connection, and began to fill out a fraudulent tax return at a website which permits users to file tax returns. Before they could file the return, McKenzie and Gelmine were arrested. The entirety of the meeting was recorded.

Gelmine was read his Miranda rights, which he waived. Gelmine then admitted that he had been involved in stealing identity information from Jackson North Medical Center for some time. Gelmine admitted that he took pictures of patient files with his phone, and admitted having sold identity information to at least two persons other than McKenzie, estimating that he had sold approximately fifty identities in each of these prior two transactions. Gelmine refused to consent to a search of his phone; a warrant for the search of Gelmine's phone was subsequently obtained and

executed. The search of Gelmine's phone revealed approximately 1,100 photographs of patient records from Jackson North Medical Center containing the personal identity information of patients, including names, corresponding dates of birth and Social Security numbers. R.S. is one of the patients whose name, date of birth and Social Security number were stored in a photograph on Gelmine's phone.

Date: 6/26/12

By: Laurie E. Rucoba
for SETH M. SCHLESSINGER
ASSISTANT UNITED STATES ATTORNEY

Date: 6/26/12

By: [signature]
CHRISTIAN DUNHAM, ESQ.
ATTORNEY FOR DEFENDANT

Date: 6/26/12

By: Loverson Gelmine
LOVERSON GELMINE
DEFENDANT